IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ZEBLEY and ANISSA ZEBLEY, h/w | : : : | CIVIL ACTION NO. 11-6258 |
| v. | : : | |
| POLICE OFFICER BRIAN JUDGE, et al. | : : | |

## ORDER

AND NOW, this 12th day of March, 2013, after consideration of: (1) defendants' motion to preclude testimony or evidence that plaintiffs suffered an intentional infliction of emotional distress (Dkt. No. 15); (2) defendants' motion to preclude evidence by plaintiffs of failure to intervene by the defendants (Dkt. No. 16), (3) defendants' motion in limine to preclude comments made by purportedly unknown officers with respect to plaintiff's condition while seated in the police car (Dkt. No. 17); (4) defendants' motion in limine to preclude evidence that officers McDevitt or Judge used force upon the plaintiff when he was in his cell (Dkt. No. 18) and plaintiff's responses thereto, it is ORDERED that:

1. Defendants' motion to preclude testimony or evidence that plaintiffs suffered an intentional infliction of emotional distress (Dkt. No. 15) is DENIED;

2. Defendants' motion to preclude evidence by plaintiffs of failure to intervene by the defendants (Dkt. No. 16) is GRANTED;

3. Defendants' motion in limine to preclude comments made by purportedly unknown officers with respect to plaintiff's condition while seated in the police car (Dkt. No. 17) is DENIED; and

4. Defendants' motion in limine to preclude evidence that officers McDevitt or Judge used force upon the plaintiff when he was in his cell (Dkt. No. 18) is DENIED.

  /s/ Thomas O'Neill  
THOMAS N. O'NEILL, JR., J.
